# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1600

_____

| | | |
|---|---|---|
| Orlando E. Townsend, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Amy J. Bang, Manager, EEO | * | |
| Compliance; Union Pacific Railroad | * | [UNPUBLISHED] |
| Company; A. Terry Olin, General | * | |
| Director, Union Pacific Railroad, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 14, 2009
Filed: December 17, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Orlando Townsend appeals the district court's[1] dismissal of his employment-discrimination action. Upon de novo review, see Parkhurst v. Tabor, 569 F.3d 861, 865 (8th Cir. 2009), cert filed, 78 U.S.L.W. 3302 (Nov. 4, 2009) (No. 09-561), we

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

agree with the district court that the claims were time-barred.  Therefore, we affirm.
<u>See</u> 8th Cir. R. 47B.

_____